# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| SAM CARLISLE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:21-cv-1572-LPS |
| v. ) | |
| ) | |
| FLEXION THERAPEUTICS, INC., MICHAEL ) | **COMPLAINT FOR VIOLATIONS OF** |
| D. CLAYMAN, ELIZABETH KWO, ANN ) | **THE FEDERAL SECURITIES LAWS** |
| MERRIFIELD, SCOTT A. CANUTE, SAMUEL ) | |
| D. COLELLA, MARK STEJBACH, HEATH ) | |
| LUKATCH, PATRICK J. MAHAFFY, ALAN ) | JURY TRIAL DEMANDED |
| W. MILINAZZO, and UTPAL KOPPIKAR, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: November 19, 2021                **LONG LAW, LLC**

By  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*